# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137286

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                SC: 137286
                                                 COA: 283168
                                                 Livingston CC: 07-016551-FC
JEFFREY DAVID LAMPMAN,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk